USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 02 2011

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
CONVOLVE,                                                    :
                                                             :
                                    Plaintiff,               :
                                                             :     00 Civ. 5141 (GBD)
           -against-                                         :
                                                             :     ORDER
SEAGATE et al.,                                              :
                                                             :
                                    Defendants.              :
                                                             :
------------------------------------------------------------x

GEORGE B. DANIELS, District Judge:

   The conference currently scheduled for June 22, 2011 is ADJOURNED until August 17, 2011 at 10:00.

Dated: June 2, 2011
       New York, New York

                                                    SO ORDERED:

                                                    _George B. Daniels_
                                                    GEORGE B. DANIELS
                                                    United States District Judge