AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN     DISTRICT OF     NEW YORK

CONVOLVE, INC. and MASSACHUSETTS INSTITUTE OF TECHNOLOGY

vs.

COMPAQ COMPUTER CORPORATION and SEAGATE TECHNOLOGY LLC

**APPEARANCE**

Case Number: 00-CV-5141 (GBD)(JCF)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Convolve, Inc.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 7/11/2011 | Tibor L. Nagy, Jr. |
| Date | Signature |
| | Digitally signed by Tibor L. Nagy, Jr.<br>DN: cn=Tibor L. Nagy, Jr., o, ou, email=tnagy@susmangodfrey.com, c=US<br>Date: 2011.07.11 10:02:15 -04'00' |
| | Tibor L. Nagy, Jr.     TN1978 |
| | Print Name     Bar Number |
| | Susman Godfrey, LLP., 560 Lexington Avenue, 15th Floor |
| | Address |
| | New York     NY     10022 |
| | City     State     Zip Code |
| | (212) 336-8330     (212) 336-8340 |
| | Phone Number     Fax Number |