✎AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |
|---|---|---|

CONVOLVE, INC. and MASSACHUSETTS
INSTITUTE OF TECHNOLOGY

vs.

COMPAQ COMPUTER CORPORATION and
SEAGATE TECHNOLOGY LLC

**APPEARANCE**

Case Number:   00-CV-5141 (GBD)(JCF)

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    Convolve, Inc.

    I certify that I am admitted to practice in this court.

| 7/11/2011 | | Stephen D. Susman | Digitally signed by Stephen D. Susman DN: cn=Stephen D. Susman, o, ou, email=ssusman@susmangodfrey.com, c=US Date: 2011.07.11 10:09:02 -04'00' |
|---|---|---|---|
| Date | | Signature | |
| | | Stephen D. Susman | SS8591 |
| | | Print Name | Bar Number |
| | | Susman Godfrey, LLP., 560 Lexington Avenue, 15th Floor | |
| | | Address | |
| | | New York | NY | 10022 |
| | | City | State | Zip Code |
| | | (212) 336-8330 | (212) 336-8340 |
| | | Phone Number | Fax Number |