```
 1   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 2   ------------------------------x

 3   CONVOLVE, INC.; and
     MASSACHUSETTS INSTITUTE OF
 4   TECHNOLOGY,

 5                  Plaintiffs,

 6            v.                                 00 Civ. 5141 (GBD)

 7   COMPAQ COMPUTER CORP.; SEAGATE
     TECHNOLOGY, INC.; and SEAGATE
 8   TECHNOLOGY, LLC,

 9                  Defendants.

10   ------------------------------x
                                                 New York, N.Y.
11                                               August 17, 2011
                                                 10:30 a.m.
12
     Before:
13
                        HON. GEORGE B. DANIELS,
14
                                                 District Judge
15
                              APPEARANCES
16
     CADWALADER WICKERSHAM & TAFT
17        Attorneys for Plaintiffs
     BY:  GREGORY A. MARKEL
18        -and-
     SUSMAN GODFREY
19   BY:  STEPHEN D. SUSMAN

20   BARTLIT BECK HERMAN PALENCHAR & SCOTT
          Attorneys for Defendant Compaq Computer Corp.
21   BY:  CHRISTOPHER D. LANDGRAFF

22
     McDERMOTT WILL & EMERY
23        Attorneys for Defendants Seagate Technology, Inc. and
     Seagate Technology, LLC
24   BY:  TERRENCE P. McMAHON
          DANIEL E. ALBERTI
25        DAVID H. DOLKAS
```

1         (Case called)
2         THE COURT:  Gentlemen, I have decided the motion.
3    I've separated two things.  I've given you a memorandum
4    decision and I have a separate order.  The reason I've done
5    that is because I think it may be, and you can tell me if you
6    don't want to proceed this way, but I think it may be
7    appropriate for me to go ahead and file the order and file the
8    memorandum decision under seal.  I think that that's the
9    appropriate way.
10        MR. MARKEL:  Your Honor, yes, we would ask that the
11   memorandum and decision be filed under seal.
12        MR. McMAHON:  Your Honor, certainly we agree with the
13   way you proceeded.  I am not sure why we filed the order under
14   seal.  It's public.
15        THE COURT:  Not the order.  Only the memorandum.
16        MR. McMAHON:  I mean the memorandum.  I don't know
17   that there is anything insofar as their trade secret
18   information in there.  We can redact it.  And then we can file
19   a redacted memorandum.
20        THE COURT:  I'll do it this way.  I am going to file
21   the memorandum decision under seal.  If you both can agree to
22   an appropriate redaction to file the document, a redacted
23   document, not under seal, that's fine, and you let me know and
24   I'll file that.  I want to give you an opportunity to look at
25   it.  There are a lot of things, references that were submitted

1  under seal.  So you have to tell me whether or not you can
2  comfortably redact, give me a redaction.
3           MR. McMAHON:  Yes, your Honor.  Thank you, your Honor.
4           THE COURT:  What I want to do, I want to give you some
5  opportunity to review that and to speak to each other about how
6  you want to proceed.  I think that what makes sense is for me
7  to set a conference for maybe the first week in October, let
8  you discuss how you want to proceed.  You could either by
9  letter or on that date let me know when you think that you
10 would want to submit a joint pretrial order and what month that
11 you think that you might want to try the case, if this case is
12 going to be tried, and then we can discuss that process.  If
13 there is anything else, any other way you want to proceed, you
14 can give me by letter before then, or we can discuss that on
15 that date.
16          I am going to propose October 6 at 10:00 as the next
17 conference date.  I want to give you an opportunity to look
18 over the opinion, decide how you want to proceed, discuss it
19 with each other, and then by October 6 we can be prepared to
20 move forward to hopefully final resolution of this case.
21          Anything else that we need to address today before you
22 have an opportunity to review the decision and discuss those
23 issues.  Anything?
24          MR. MARKEL:  Nothing else, your Honor.
25          MR. McMAHON:  Nothing else, your Honor.  Thank you,

1   your Honor.
2           THE COURT:  I'll see you October 6 at 10:00, unless I
3   hear from you earlier.
4                                  o0o