UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CONVOLVE, INC. AND MASSACHUSETTS
INSTITUTE OF TECHNOLOGY,

                   Plaintiff,

v.

COMPAQ COMPUTER CORPORATION AND
SEAGATE TECHNOLOGY LLC,

                   Defendants.

ORDER

00 Civ. 5141 (GBD)

GEORGE B. DANIELS, District Judge.

Plaintiffs' request to supplement the official case record by adding numerous letters submitted by the parties to the court during the pendency of the litigation, but which were not filed or docketed, is DENIED.

Dated: December 13, 2011
      New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE