UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

CONVOLVE, INC. AND MASSACHUSETTS            1:00-cv-05141 (GBD) (JCF)
INSTITUTE OF TECHNOLOGY,

    Plaintiffs,

v.

COMPAQ COMPUTER CORP. AND
SEAGATE TECHNOLOGY LLC,

    Defendants.

-----------------------------------------------------------x

---

### NOTICE OF MOTION OF NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA AND AMERICAN INTERNATIONAL UNDERWRITERS INSURANCE COMPANY'S MOTION TO INTERVENE

---

**PLEASE TAKE NOTICE** that on a day to be determined by this Court, Patton Boggs LLP, counsel for National Union Fire Insurance Company Of Pittsburgh, Pa ("National Union") and American International Underwriters Company ("AIU"), shall apply to the Honorable George B. Daniels, U.S.D.J., at the United States District Court for the Southern District of New York located at 500 Pearl Street, New York, New York, Room 21D for an Order granting National Union and AIU leave to intervene.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, National Union and AIU rely upon their Memorandum of Law in Support of Motion to Intervene and the accompanying Declaration of Mark D. Sheridan (with Exhibits).

**PLEASE TAKE FURTHER NOTICE** that National Union and AIU request oral argument on their Motion.

Dated: July 13, 2012                         *s/ Mark D. Sheridan*
                                                                               Mark D. Sheridan